Dismissed and Memorandum Opinion filed June 10, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00418-CV

____________

 

OMNI HEALTH MANAGEMENT CORPORATION N/K/A OMNI HEALTH
MANAGEMENT, RICHARD STEPHENSON and TRACY CLARK, Appellants

 

V.

 

PERFORMANCE BASED HEALTHCARE SOLUTIONS, LLC, Appellee

 



On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2006-43325



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 12, 2010.  On May 27, 2010, appellants
filed a motion to dismiss the appeal because the case has settled.  See Tex.
R. App. P. 42.1.  According to
the motion, the trial court vacated its judgment by order dated May 21, 2001,
pursuant to the parties’ settlement agreement, rendering this appeal moot. 
Appellants’ motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.